John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. : 07-1769 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Colleen Dale, et al., | |
| Plaintiffs | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Pfizer Inc. et al., | |
| Defendants. | |

Come now the Plaintiff Colleen Dale in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

1    DATED: 1/15, 2010    By: _____
2                              John J. Carey
3                              **CAREY & DANIS, LLC**
                              8235 Forsyth Blvd., Suite 1100
4                              St. Louis, Missouri 63105
                              Telephone: 314.725.7700
5                              Facsimile: 314.721.0905

6                              *Attorneys for Plaintiffs*

7    DATED: 1/27, 2010    By: _____
8

9                              **DLA PIPER LLP (US)**
                              1251 Avenue of the Americas
10                             New York, New York 10020
                              Telephone: 212-335-4500
11                             Facsimile: 212-335-4501

12                             *Defendants' Liaison Counsel*

13

14

15   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**
16

17

18   Dated: FEB - 3 2010    _____
                              Hon. Charles R. Breyer
19                             United States District Court

20

21

22

23

24

25

26

27

28
                              -2-