John J. Carey
CAREY & DANIS, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-1769 CRB<br><br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| Colleen Dale, et al.,<br><br>                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

        Come now the Plaintiff, Michael McDonough, in the above-entitled action and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**

-1-

1    as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

2

3

4    DATED: ___/___, 2010          By: _____

5

6                                 GAREY & DANIS, LLC
                                  8235 Forsyth Blvd., Suite 1100
                                  St. Louis, Missouri 63105
7                                 Telephone: 314-725-7700
                                  Facsimile: 314-721-0905

8
                                  *Attorneys for Plaintiffs*
9

10

11   DATED: _Sept. 23_, 2010      By: _____/s/_____

12

13                                DLA PIPER LLP (US)
                                  1251 Avenue of the Americas
14                                New York, New York 10020
                                  Telephone: 212-335-4500
15                                Facsimile: 212-335-4501

16                                *Defendants' Liaison Counsel*

17

18

19   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.

20

21   Dated: 9/24/2010

22                                Hon. Charles R. Breyer
                                  United States District Court
23

24

25

26

27

28
                                        2

                  STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE